IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00058-RJ

| | |
|---|---|
| JOHN DALE COFFEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT OF |
| ) | ATTORNEY FEES UNDER THE |
| ANDREW SAUL, ) | EQUAL ACCESS TO JUSTICE ACT |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,015.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Michael Gillespie of The Law Offices of James B. Gillespie, Jr. PLLC, and mailed to his office at 415 Chestnut Street, Wilmington, NC 28401, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 27th day of June, 2019

Robert B. Jones, Jr.
United States Magistrate Judge