UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DALE COFFEE, | ) |
| Plaintiff | ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 7:18-CV-58-RJ** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,015.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S .C. § 2412.

This Judgment filed and entered on June 27, 2019, and copies to:
James B. Gillespie, Jr.  (via CM/ECF electronic notification)
Michael Gray Gillespie (via CM/ECF electronic notification)
Cassia W. Parson (via CM/ECF electronic notification)
Christian M. Vainieri (via CM/ECF electronic notification)
Joshua B. Royster  (via CM/ECF electronic notification)

June 27, 2019

Peter A. Moore, Jr.
Clerk of Court

By: Susan K. Edwards
Deputy Clerk